

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 11, 2022

**By Email**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

**Re:**   *United States v. Vaughan, et al.*, **22 Mag. 218**

Dear Judge McCarthy:

      In light of the arrest of the defendants in the above-referenced case, the Government respectfully requests that the complaint be unsealed.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Kevin Sullivan
Assistant United States Attorney
(914) 993-1924

**APPLICATION GRANTED**

_____
Hon. Judith C. McCarthy   1-11-2022