UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

SHAQUEL VAUGHAN,

                              Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

22mj218

Defendant __Shaquel Vaughan__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

_/s/ Shaquel Vaughan_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Shaquel Vaughan__
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

__Jason Ser__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_3-17-2022_
Date

_Judith C. McCarthy_
~~U.S. District Judge~~/U.S. Magistrate Judge